Tzamarot v JP Morgan Chase & Co. (2018 NY Slip Op 09023)

BODY {
font-family : "Times New Roman", Times, serif;
font-size : larger;
}

P {
line-height: 150%;
text-indent: 2em
}

Tzamarot v JP Morgan Chase & Co.

2018 NY Slip Op 09023

Decided on December 27, 2018

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 27, 2018
Friedman, J.P., Sweeny, Kapnick, Kahn, Singh, JJ.


7937 150451/14

[*1]Aaron Tzamarot, Plaintiff-Appellant,
vJP Morgan Chase & Co., et al., Defendants-Respondents.
JP Morgan Chase & Co., Third-Party Plaintiff,
vMcGuire Service Corp., Third-Party Defendant-Respondent.

David Grossman & Associates, PLLC, Huntington (David C. Grossman of counsel), for appellant.
Ehrlich Gayner, LLP, New York (Charles J. Gayner of counsel), for JP Morgan Chase & Co. and Wilgrin Realty Corp., respondents.
Gallo Vitucci Klar LLP, New York (Andrew C. Kaye of counsel), for McGuire Service Corp., respondent.

Order, Supreme Court, New York County (Lynn R. Kotler, J.), entered on or about October 10, 2017, which, inter alia, granted the motions of defendants and third-party defendant for summary judgment dismissing the complaint, unanimously affirmed, without costs.
Dismissal of the complaint was proper since plaintiff's attempt to walk on top of a curbside mound of snow as a shortcut to his parked car, instead of using a nearby path that had been cleared of snow and ice, was the sole proximate cause of his accident (see Tchouke v City of New York, 158 AD3d 412 [1st Dept 2018]; McKenzie v City of New York, 116 AD3d 526, 527 [1st Dept 2014]; Polomski v Deluca, 161 AD3d 1116 [2d Dept 2018]).
We have considered plaintiff's remaining contentions and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: DECEMBER 27, 2018
CLERK